**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| BRANDON HETRICK, EXECUTOR OF THE ESTATE OF: WILLIAM WASHINGTON, DECEASED, | : No. 506 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Respondent | : the **Unpublished Memorandum and** |
| | : **Order** of the Superior Court at No. 266 |
| | : MDA 2014 entered on June 3, 2015, |
| v. | : **affirming** the Order Entered of the |
| | : Cumberland County Court of Common |
| | : Pleas at No. 11-7979 entered on |
| MANORCARE OF CARLISLE PA, LLC | : January 10, 2014 |
| D/B/A MANORCARE HEALTH | : |
| SERVICES, CARLISLE, AND HCR | : |
| MANORCARE, INC., AND MANORCARE, | : |
| INC., AND HCR HEALTHCARE, LLC, | : |
| AND HCR II HEALTHCARE, LLC, AND | : |
| HCR III HEALTHCARE, LLC, AND HCR IV | : |
| HEALTHCARE, LLC, | : |
| | : |
| Petitioners | : |

**ORDER**


**PER CURIAM**                                   DECIDED:  November 15, 2016

AND NOW, this 15th day of November, 2016, the Petition for Allowance of

Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and this matter is

**REMANDED** to the Superior Court for further proceedings in light of Taylor v.

Extendicare Health Facilities, Inc., et. al., __ A.3d __, 2016 WL 5630669 (Pa. filed Sept.

28, 2016).